UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Kenneth Michael Fuh ) <br> ) <br> Defendant(s) ) | 08CR 2274-DMS <br> CRIMINAL NO. 08mj1949 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 10091298 |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / ~~Case Disposed~~ / Order of Court).

Dolores Asuncion Garcia-Lucas
(Air 6/25/08)

DATED: 7/10/08

William McCurine, Jr.
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
           DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
       Deputy Clerk