# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 08CR2274-DMS |
| Plaintiff ) | CRIMINAL NO. 08mj1949 |
| ) | |
| vs. ) | ORDER |
| ) | |
| Kenneth Michael Fah ) | RELEASING MATERIAL WITNESS |
| ) | |
| Defendant(s) ) | Booking No. 100912998 |

William McCurine, Jr.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Gabriela Rodriguez-Mena
(Arr 6/25/08

DATED: 7-10-08

William McCurine, Jr.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.  )Clerk

by _____
Deputy Clerk